## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-151-3 |
| | § | |
| ANTONIO BARRUQUET-HILDIBERTA, | § | |
| | § | |
| Defendant. | § | |

### O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 133). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 4, 2014 at 9:30 a.m.**

SIGNED on July 29, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge